IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TANSEL CARIMANDO, | ) CV 24-00521 DKW-KJM |
| Plaintiff, | ) |
| vs. | ) |
| CHECKR, INC., and UBER TECHNOLOGIES, INC., | ) |
| Defendants. | ) |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 29, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Defendant Checkr, Inc.'s Motion to Compel Arbitration and Stay Proceedings", ECF No. 60, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: May 14, 2025 at Honolulu, Hawai'i.



Derrick K. Watson
Chief United States District Judge